```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 46203
    RUBEN ALONSO
    LIZETTE ALONSO                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-8701     SSN XXX-XX-1130
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/16/04 and confirmed on 03/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 26100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 10191.34 | 1840.96 | 10191.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1907.44 | .00 | 197.68 |
| PALISADES COLLECTION | UNSECURED | 332.68 | .00 | 34.48 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 635.00 | .00 | 65.81 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 628.05 | .00 | 65.09 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| ONE SPIRIT BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SPECIAL ASSETS | UNSECURED | 49757.69 | .00 | 5156.67 |
| THE GOOD COOK | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF ILLINOIS H | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 5419.29 | .00 | 5419.29 |
| BECKET & LEE LLP | UNSECURED | 665.85 | .00 | 69.01 |
| BECKET & LEE LLP | UNSECURED | 382.09 | .00 | 39.60 |
| AT&T WIRELESS | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15610.63 | .00 | 54308.80 | .00 | 69919.43 |
| PRINCIPAL PAID | 15610.63 | .00 | 5628.34 | .00 | 21238.97 |
| INTEREST PAID | 1840.96 | .00 | .00 | .00 | 1840.96 |

```
TOTAL PAID              17451.59           .00      5628.34          .00    23079.93
```

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   1020.07 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE